UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

CIVIL MINUTES--GENERAL

Case No. CV 01-00041 CBM            Date: November 24, 2009

Title:    J.C., et al. v. Camacho, et al.
=====================================================================
DOCKET ENTRY ORDER: Plaintiffs' Motion for Appointment of Receivership
=====================================================================
PRESENT:     Honorable <u>CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE</u>

| <u>Virginia T. Kilgore</u> | <u>     N/A     </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

       N/A                                               N/A

**PROCEEDINGS:**

       The Court is in receipt of Plaintiffs' Motion for Appointment of Receivership [Docket No. 661], scheduled for Oral Hearing on Friday, December 4, 2009, at 9:00 a.m.

       Neither party addresses in its papers either the scope of the requested receivership or the duties of the requested receivership. Accordingly, the parties are hereby **ORDERED** to supplement their briefs no later than Wednesday, December 2, 2009, with respect to the scope of Plaintiffs' proposed receivership. Specifically, the parties <u>must</u> provide the Court with a Proposed Order setting forth the duties and responsibilities of the proposed receiver, criteria for selecting the proposed receiver and a termination date for the proposed receivership. *See Plata v. Schwarzenegger*, 01-1351 TEH, 2005 U.S. Dist. LEXIS 43796 (N.D. Cal. Oct. 3, 2005) (Henderson, J.); *see also Dixon v. Barry*, 967 F. Supp. 535 (D.D.C. 1997).

       In addition, the parties should be prepared to discuss their Proposed Orders regarding the duties of the proposed receiver at the Oral Hearing on this Motion.

**IT IS SO ORDERED.**

Initials of Deputy Clerk VTK

cc:     Judge Marshall
        Parties of Record